# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

PAUL MICHAEL WEEKS,                                                                       PLAINTIFF
ADC # 156938

v.                                    4:24CV00744-LPR-JTK

WELLPATH, LLC, et al.                                                                    DEFENDANTS

## ORDER

Paul Michael Weeks ("Plaintiff") filed a pro se Complaint pursuant to 42 U.S.C. § 1983 against multiple officials at the Ouachita River Unit of the Arkansas Division of Correction ("ADC"), Wellpath, LLC, the ADC, and ADC Deputy Director for Health Services Aundrea F. Culclager. (Doc. No. 2). Plaintiff alleges deliberate indifference to his serious medical needs. (Id.). The Ouachita River Unit of the ADC is in Malvern, Arkansas, which lies in the Western District of Arkansas.

Because of the Defendants named and allegations made, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas.

IT IS SO ORDERED this 4th day of September, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.